# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT MERRITT,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-1054** |
| : | |
| **EARL SUPPLEE,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 23rd day of June, 2020, upon consideration of Plaintiff Robert Merritt's Motion to Proceed *In Forma Pauperis* (ECF No. 5), prison trust fund account statement (ECF No. 6) *pro se* Complaint (ECF No. 1), and Motion to Appoint Counsel (ECF No. 5) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Robert Merritt shall pay the initial filing fee of $0.23.

3. The Complaint is **DEEMED** filed.

4. Merritt's Complaint is **DISMISSED WITH PREJUDICE** as legally frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons stated in the Court's Memorandum.

5. The Motion to Appoint Counsel is **DENIED AS MOOT**.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

　　　　　　　　　　　/s/ Jeffrey L. Schmehl　　　　　
**JEFFREY L. SCHMEHL, J.**